**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 11-6304**

―――――――――

ROBERT LEE WALSH,

              Petitioner - Appellant,

        v.

UNITED STATES OF AMERICA; DISTRICT COURT, Clerk of
Charleston Division; MILDRED L. RIVERA, Warden FCI Estill,

              Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Richard M. Gergel, District Judge.
(8:10-cv-00085-RMG)

―――――――――

Submitted:  April 6, 2012          Decided:  April 13, 2012

―――――――――

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Robert Lee Walsh, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Walsh, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Walsh's 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. Walsh has also filed a motion to supplement his informal brief. We have reviewed the record and find no reversible error. Accordingly, we grant in part and deny in part his motion to supplement his informal brief and affirm the district court's judgment.[*] Walsh v. United States, No. 8:10-cv-00085-RMG (D.S.C. Oct. 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Absent exceptional circumstances, this court generally does not consider arguments raised for the first time on appeal. Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).